IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

RODNEY WARREN,

    *Plaintiff*,

v.                                                                      Case No.: 1:24cv179-MW/MJF

GAINESVILLE POLICE
DEPARTMENT, et al.,

    *Defendants*.

_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 5. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 5, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED without prejudice** for Plaintiff's failure to comply with Court Orders and failure to prosecute this action." The Clerk shall close the file.

**SO ORDERED** on May 5, 2025.

                                                             **s/Mark E. Walker**
                                                            **Chief United States District Judge**